▮ SCOTT MULLER et al., Individually and as Parents and Natural Guardians of AUDREY MULLER, an Infant, Respondents, v SPENCERPORT CENTRAL SCHOOL DISTRICT, Appellant and Third-Party Plaintiff-Appellant. CATHERINE BOGGS, Third-Party Defendant-Respondent. [869 NYS2d 846]▮

Present—Martoche, J.P., Lunn, Fahey and Pine, JJ.